1   LAVI & EBRAHIMIAN, LLP
    Joseph Lavi, Esq. (SBN 209776)
2   Vincent C. Granberry, Esq. (SBN 276483)
    William Tran, Esq. (SBN 335908)
3   8889 W. Olympic Boulevard, Suite 200
    Beverly Hills, California 90211
4   Tel:   +1.310.432.0000
    Fax:   +1.310.432.0001
5
    Attorneys for Plaintiff
6   NAREK MIKE MELIKYAN
7   MORGAN, LEWIS & BOCKIUS LLP
    Andrew P. Frederick (SBN 284832)
8   Aleksandr Markelov (SBN 319235)
    1400 Page Mill Road
9   Palo Alto, CA 94304
    Tel:   +1.650.843.4000
10  Fax:   +1.650.843.4001
    Email:  andrew.frederick@morganlewis.com
11  Email:  aleksandr.markelov@morganlewis.com
12  *(Additional counsel on the following page)*
13  Attorneys for Defendants
    AMAZON.COM, INC.; AMAZON.COM
14  SERVICES, LLC (formerly known and
    erroneously sued as AMAZON.COM
15  SERVICES, INC.); and AMAZON
    LOGISTICS, INC.
16
17                  UNITED STATES DISTRICT COURT
18                  CENTRAL DISTRICT OF CALIFORNIA
19
20  NAREK MIKE MELIKYAN, on behalf       | Case No. 2:21-cv-08715-FMO-E
    of himself and others similarly situated,
21                                        | **STIPULATION TO DISMISS**
                 Plaintiff,               | **ACTION PURSUANT TO FRCP**
22                                        | **41(A)(1)(A)(II)**
                 v.
23                                        | Date Action Filed:   Sept. 15, 2021
    AMAZON.COM, INC.; AMAZON.COM          | Trial Date:          None Set
24  SERVICES, INC.; AMAZON
    LOGISTICS, INC.; and DOES 1 to 100,
25  inclusive,
26                  Defendants.
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 2:21-cv-08715-FMO-E

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS & BOCKIUS LLP
Brian D. Fahy (SBN 266750)
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:    +1.213.612.2500
Fax:   +1.213.612.2501
Email: brian.fahy@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Michael E. Kenneally (*pro hac vice*)
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004-2541
Tel:    +1.202.739.3000
Fax:   +1.202.739.3001
Email:  michael.kenneally@morganlewis.com

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 2:21-cv-08715-FMO-E

STIPULATION TO DISMISS ACTION

1    IT IS HEREBY STIPULATED by and between Plaintiff Narek Mike

2  Melikyan ("Plaintiff") and Defendants Amazon.com, Inc., Amazon.com Services,

3  LLC (formerly known as Amazon.com Services, Inc.), and Amazon Logistics, Inc.

4  (collectively, "Amazon" or "Defendants") (together, the "Parties"), by and through

5  their respective counsel of record, that Plaintiff's individual claims – the only

6  remaining claims in this action – are voluntarily dismissed with prejudice pursuant

7  to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  In granting

8  Defendant's motion to compel arbitration on an individual basis, the Court

9  previously dismissed the putative class claims.  *See* ECF No. 42.  As such, this

10  stipulated dismissal disposes of all remaining claims in this action.

11    The Parties shall bear their own respective attorneys' fees and costs of suit

12  incurred in connection with this Action and its dismissal.

13    All parties that have appeared in this action have consented and agreed to the

14  dismissal of this action pursuant to this Stipulation and, accordingly, this dismissal

15  is effective "without a court order" pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

16    **IT IS SO STIPULATED.**

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Silicon Valley

1    Case No. 2:21-cv-08715-FMO-E
STIPULATION TO STAY CASE

1

2    Dated:  June 21, 2024                    LAVI & EBRAHIMIAN, LLP

3                                             By ____/s/ William Tran_____
                                                        Joseph Lavi
4                                                   Vincent C. Granberry
                                                       William Tran
5
                                             Attorneys for Plaintiff
6                                            NAREK MIKE MELIKYAN

7

8    Dated:  June 21, 2024                    MORGAN, LEWIS & BOCKIUS LLP

9

10                                            By:_____/s/ Andrew P. Frederick_____
                                                     Andrew P. Frederick
11                                                   Aleksandr Markelov

12                                            Attorneys for Defendants
                                             AMAZON.COM, INC,
13                                           AMAZON.COM SERVICES, LLC, and
                                             AMAZON LOGISTICS, INC.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
  BOCKIUS LLP
 ATTORNEYS AT LAW
  SILICON VALLEY

1

## **SIGNATURE ATTESTATION**

2       Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other

3   signatories listed, and on whose behalf the filing is submitted, concur in the filing's

4   content and have authorized the filing.

5   Dated: June 21, 2024                    MORGAN, LEWIS & BOCKIUS LLP

6

7                                  By:_____/s/ Andrew P. Frederick_____

8                                         Andrew P. Frederick
                                          Aleksandr Markelov

9                                      Attorneys for Defendants
10                                     AMAZON.COM, INC.;
                                       AMAZON.COM SERVICES, LLC;
11                                     and AMAZON LOGISTICS, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3          Case No. 2:21-cv-08715-FMO-E

STIPULATION TO DISMISS ACTION